**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUOYE HONEY COMPANY, INC., | Case No. 5:19-cv-01711-JWH-SP |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ASTROS TRUCKING, LLC, dba ASTROS TRUCKING; and DOES 1 through 10, | |
| Defendants. | |

Pursuant to the "Order on Application for Default Judgment [ECF No. 38]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1343 and 49 U.S.C. § 14706.

2. Plaintiff Buoye Honey Company, Inc. ("Buoye Honey") has given notice of this action in the manner required by law. No Claim or Answer was filed in this action by Defendant Astros Trucking, LLC, dba Astros Trucking ("Astros Trucking"). The Court deems that Astros Trucking admits the allegations of the Complaint to be true.

3. Judgment is hereby entered in **FAVOR** of Buoye Honey and **AGAINST** Astros Trucking in the amount of **$71,160.00**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 4, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE